Court Exhb. 1

WHEN COUNSEL ASKS A WITNESS "ASSUME A HYPOTHETICAL SITUATION..."

IS THE WITNESS RESPONSE A FACT OR HYPOTHETICAL?

IS THIS CONSIDERED EVIDENCE?

EVEN THOUGH IT (SITUATION) NEVER HAPPENED?

Court Ex. 2

Why has the backup of what the Defendant (BSBC) paid towards BSWP (Expenses) been produced into evidence?

Why didn't you think it a good idea to have your (BSBC) counsel do their own due diligence re: the proposed name (Bowery) like you would your other restaurants

Court ext. 3.

Are the contracts for the future Booked parties + emails contained in exhibit 332 + 333.

① Did Mr. Peters ever demonstrate interest in selling the restaurant?

② Did you ever have any conversations with Mr. Peters regarding the sale of the property?

③ When were you first interested in buying the restaurant, before or after Jo and Kareena became managers? What sparked your interest?

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81214--CV-BLOOM

Balthazar Management v. Beale Street Blues Company, Inc. et al

# JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

*10 min Break*
*1:43pm 1:53pm*

SIGNED: _____ DATE: 11/30/18   TIME: 1:44
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____ DATE: _____ TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81214--CV-BLOOM

Balthazar Management v. Beale Street Blues Company, Inc. et al
## JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

We have reached a verdict

SIGNED: _____   DATE: 11/30/2018   TIME: 15:44
Foreperson of the Jury

## COURT'S RESPONSE TO THE JURY QUESTION

The Court has provided you with the corrected instruction on the affirmative defense of Assumption of Risk.

SIGNED: _____   DATE: _____   TIME: 5:05
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81214--CV-BLOOM

Balthazar Management v. Beale Street Blues Company, Inc. et al

**JURY QUESTIONS/NOTES TO THE COURT**

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

WE HAVE REVIEWED THE REVISED INSTRUCTIONS AND HAVE REACHED A VERDICT.

SIGNED: _____ Forep

DATE: 11/30/2018   TIME: 17:10

**COURT'S RESPONSE TO THE JURY QUESTION**

SIGNED: _____   DATE: _____   TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81214--CV-BLOOM

Balthazar Management v. Beale Street Blues Company, Inc. et al
# JURY QUESTIONS/NOTES TO THE COURT

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION

WE HAVE REACHED A VERDICT.

SIGN: _____ DATE: 11/30/2018 TIME: 16:50
Foreperson

## COURT'S RESPONSE TO THE JURY QUESTION

SIGNED: _____ DATE: _____ TIME: _____
BETH BLOOM
UNITED STATES DISTRICT JUDGE